IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCINE ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| COMMISSIONER EVANKO | | NO. 1-4906 |

### **NOTICE**

AND NOW, this 19TH day of MARCH, 2008, it ordered that this matter is scheduled for a - STATUS conference on APRIL 15, 2008 at 4:30PM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

\*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419.

ATTEST:                                    or    BY THE COURT


BY: ANGELA J. MICKIE                       _____
       Deputy Clerk                                    Judge

Civ 12 (9/83)